**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BENANTI,<br><br>              Plaintiff,<br><br>     v.<br><br>J. DOERER, et al.,<br><br>              Defendants. | Case No.: 1:24-cv-1108 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Docs. 42, 45) |

Michael Benanti seeks to hold the defendants liable for violations of his civil rights based upon the conditions of a lockdown that occurred at USP-Atwater from August 9 to October 9, 2024. (*See generally* Doc. 10.) Plaintiff seeks injunctive relief, requesting Court oversight of various conditions of confinement at the facility, which Plaintiff believes will ensure compliance with policies of the Bureau of Prisons and the preservation of constitutional rights. (Doc. 42.)

The magistrate judge found injunctive relief is not appropriate because it lacks jurisdiction over the defendants and "the Court determined, after screening, that Plaintiff's complaint failed to state a claim upon which relief could be granted." (Doc. 45 at 6-7.) The magistrate judge also determined the factors identified by the Supreme Court in *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) weighed against injunctive relief. (*Id.* at 7-9.) Finally, the magistrate judge found Plaintiff's request "concern[ed] broad categories of administrative decision making by Warden Doerer," including asking "the Court to restrain federal correctional officials from

1     taking certain actions or directing them to perform certain actions on behalf of all other inmates

2     housed at USP- Atwater." (*Id.* at 9-10.)  Therefore, the magistrate judge recommended the Court

3     deny Plaintiff's motion for injunctive relief.  (*Id.* at 10.)

4          The Court served the Findings and Recommendations on Plaintiff and notified him that

5     any objections were due within 14 days.  (Doc. 45 at 10.)  The Court advised him that the "failure

6     to file objections within the specified time may result in the waiver of certain rights on appeal."

7     (*Id*. at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not

8     file objections, and the time to do so has passed.

9          According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case.

10    Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to

11    be supported by the record and proper analysis. Thus, the Court **ORDERS**:

12        1.     The Findings and Recommendations issued on August 26, 2025 (Doc. 45) are

13               **ADOPTED** in full.

14        2.     Plaintiff's motion for injunctive relief (Doc. 42) is **DENIED**.

IT IS SO ORDERED.

Dated:    **September 20, 2025**

UNITED STATES DISTRICT JUDGE

2