UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>Plaintiff,<br><br>v.<br><br>J. DOERER, et al.,<br><br>Defendants. | Case No.: 1:24-cv-01108-JLT-CDB<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE ISSUED OCTOBER 17, 2025**<br><br>(Doc. 47) |

Plaintiff Michael Benanti is appearing pro se and *in forma pauperis* in this civil rights action.

On October 17, 2025, the Court issued Findings and Recommendations to Dismiss this Action for Plaintiff's Failure to Obey Court Order and Failure to Prosecute. (Doc. 47.) Specifically, the undersigned recommended dismissal without prejudice for Plaintiff's failure to file a first amended complaint or a notice of voluntary dismissal within 30 days as directed in the screening order issued August 22, 2025. (*Id.* at 2-4.)

On October 20, 2025, Plaintiff filed an untimely "Response to First Screening Order."[1] (Doc. 48.)

///

///

---

[1] Although signed, Plaintiff's response is not dated.

Accordingly, the Court **HEREBY ORDERS**:

1. The Findings and Recommendations issued October 17, 2025 (Doc. 47) are **VACATED**;
2. The Clerk of the Court is directed to terminate the gavel associated with the Findings and Recommendations issued October 17, 2025; and
3. Plaintiff is advised the Court will address Plaintiff's "Response to First Screening Order" separately and in due course.

IT IS SO ORDERED.

Dated: **October 22, 2025**

UNITED STATES MAGISTRATE JUDGE

2