UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>            Plaintiff,<br><br>    v.<br><br>J. DOERER, et al.,<br><br>            Defendants. | Case No.: 1:24-cv-01108-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND GRANTING LEAVE TO AMEND CERTAIN CLAIMS<br><br>(Doc. 50) |

Michael Benanti seeks to hold the defendants liable for violations of his civil rights based upon the conditions of a lockdown that occurred at USP-Atwater from August 9 to October 9, 2024.

The assigned magistrate judge issued Findings and Recommendations to dismiss Plaintiff's complaint for failing to state a claim upon which relief can be granted, and to grant Plaintiff leave to amend two of his five claims: his Eighth Amendment claim based on deliberate indifference to serious medical needs and his claims under the Federal Tort Claims Act. (Doc. 50.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 21 days. (*Id*. at 15.) It further advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id*.) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case.

Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued October 24, 2025 (Doc. 50) are **ADOPTED** in full.
2. Plaintiff's complaint filed November 19, 2024 (Doc. 10) is **DISMISSED**.
3. Plaintiff is **GRANTED** leave to file an amended complaint, **within 30 days** of the date of service of this order and curing the deficiencies identified in the Findings and Recommendations (Doc. 50) and the First Screening Order (Doc. 44), concerning the following claims only:
   a. Eighth Amendment deliberate indifference to serious medical needs; and
   b. The Federal Tort Claims Act.
4. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 4, 2025**

_____
UNITED STATES DISTRICT JUDGE

2