UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>         Plaintiff,<br><br>  v.<br><br>J. DOERER, et al.,<br><br>         Defendants. | Case No.: 1:24-cv-01108-JLT-CDB<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 53)<br><br>**ORDER CONSTRUING PLAINTIFF'S MOTION TO DISMISS TO BE A NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Doc. 54) |

Plaintiff Michael Benanti is appearing pro se and *in forma pauperis* in this civil rights action.

I. **BACKGROUND**

On December 4, 2025, District Judge Jennifer L. Thurston issued her Order Adopting Findings and Recommendations to Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can be Granted and Granting Leave to Amend Certain Claims. (Doc. 51.) In relevant part, Plaintiff was granted "leave to file an amended complaint, **within 30 days** of the date of service of [the] order and curing the deficiencies identified in the Findings and

Recommendations … and the First Screening Order, concerning" only Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim and the Federal Tort Claims Act. (*Id*. at 2, emphasis in original.)

On January 12, 2026, when more than 30 days passed without a response, the Court issued its Order to Show Cause (OSC) in Writing Why Action Should Not Be Dismissed for Failure to Obey Court Order and Failure to Prosecute. (Doc. 52.) Plaintiff was directed to show cause in writing within 21 days, or, alternatively, to "file an amended complaint, curing the deficiencies identified in the Findings and Recommendations issued October 24, 2025, concerning a deliberate indifference to serious medical needs arising under the Eighth Amendment and any Federal Tort Claims Act claims." (*Id.* at 2.)

On February 9, 2026, when it appeared that Plaintiff had failed to respond to the OSC within 21 days, the undersigned issued Findings and Recommendations to Dismiss Action Without Prejudice for Plaintiff's Failure to Obey Court Orders and Failure to Prosecute. (Doc. 53.) Later that same date, Plaintiff filed a "Motion to dismiss." (Doc. 54.)

## II.    DISCUSSION

The Court will vacate the Findings and Recommendations issued February 9, 2026, given Plaintiff's filing of that same date.

Next, the Court construes Plaintiff's "Motion to dismiss" to be a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In his motion, Plaintiff expresses dissatisfaction with the Court's orders following screening of his complaint (Doc. 54 at 2-3) and indicates he sees "no way to proceed" and states he "move[s] to dismiss the complaint" (*id*. at 3).

Rule 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) ("under Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment'") (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)).

2

Here, no defendant has appeared in this action and no answer or motion for summary judgment has been filed on behalf of any defendant. Therefore, the Court concludes it is proper for Plaintiff to voluntarily dismiss this action.

### III.    CONCLUSION AND ORDER

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that:

1.  The Findings and Recommendations issued February 9, 2026 (Doc. 53) are **VACATED**;

2.  Plaintiff's motion to dismiss filed February 9, 2026 (Doc. 54) is construed to be a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure;

3.  In light of Plaintiff's notice of voluntary dismissal without prejudice, this action is **TERMINATED** by operation of law without further order from the Court; and

4.  The Clerk of the Court is **DIRECTED** to terminate any pending motions and/or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **February 12, 2026**

UNITED STATES MAGISTRATE JUDGE

3